COMMONWEALTH of Pennsylvania,
Respondent

v.

Gregory PRICE, Petitioner

No. 528 EAL 2016

Supreme Court of Pennsylvania.

April 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Kevin GREEN, Petitioner

No. 478 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

Valerya WILLIAMS, Petitioner

v.

DEPARTMENT OF HUMAN SERVICES, Respondent

No. 475 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

Valerya WILLIAMS, Petitioner

v.

DEPARTMENT OF HUMAN SERVICES, Respondent

No. 468 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017